[No. 12025-9-II. Division Two. November 7, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. PHILIP G. NEELY, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 87-1-00229-4, Waldo F. Stone, J., entered May 20, 1988. *Affirmed* by unpublished opinion per Pearson, J. Pro Tem., concurred in by Dolliver and Schumacher, JJ. Pro Tem.

[No. 12001-1-II. Division Two. November 7, 1989.]

THOMAS DENO, ET AL, *Appellants,* v. LESLIE H. CAREY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 81-2-00003-9, James D. Roper, J., entered April 22, 1988. *Affirmed in part* and *reversed in part* by unpublished opinion per Utter, J. Pro Tem., concurred in by Pearson and Wieland, JJ. Pro Tem.

[No. 11524-7-II. Division Two. November 7, 1989.]

ROBERT CLIFTON, ET AL, *Appellants,* v. GARY HALL, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 85-2-01044-4, Leonard W. Kruse, J., entered October 16, 1987. *Affirmed* by unpublished opinion per Pearson, J. Pro Tem., concurred in by Utter and Wieland, JJ. Pro Tem.